| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHAMBERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>　Acting Commissioner Of Social Security,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01389-SMS<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 2) |

By motion filed September 11, 2015, Plaintiff Charles Chambers, by his attorney, Denise Haley, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

Dated:   **November 2, 2015**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE