Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHARLES EDWARD CHAMBERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD CHAMBERS )<br>   )<br>       Plaintiff,     )<br>v.   )<br>   )<br>CAROLYN W. COLVIN, Acting   )<br>Commissioner of Social Security.   )<br>   )<br>       Defendant.   )<br>_____ ) | Case No.: 1:15-cv-01389-SMS<br><br>STIPULATION TO EXTEND TIME TO FILE Opening Brief;<br>ORDER<br><br>(FIRST REQUEST) |

Plaintiff Charles Edward Chambers and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from June 22, 2016 to July 22, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has not been able to address the issues in this action and

1  some of counsel's caseload is being reassigned such that motions can be completed
2  in a timely fashion.  Counsel will work diligently to fully address all of the issues
3  in this matter on or before July 22, 2016

4  DATE: June 22, 2016             Respectfully submitted,
5                                  LAWRENCE D. ROHLFING
6                                  /s/ *Denise Bourgeois Haley*
7                          BY: _____
                                Denise Bourgeois Haley
                                Attorney for plaintiff
8                               Charles Edward Chambers, Jr.
9
10 DATE:  June 22, 2016            PHILLIP A.TALBET
11                                 *Acting United States Attorney*
12
13                                 /s/ *Daniel P. Talbert*
14                         BY: _____
                                Daniel P. Talbert
15                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
16                              |*authorized by e-mail|
17
18
19 IT IS SO ORDERED.
20    Dated:   **June 22, 2016**            **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26

-2-